IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD D. KLEINE, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION 08-0531-WS-B ) |
| TROY KING, *et al.*, | ) ) |
| Respondents. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that the Petition for Writ of Habeas Corpus (doc. 1), filed pursuant to 28 U.S.C. § 2254, be, and the same hereby is, **DENIED**. Petitioner is not entitled to a certificate of appealability.

**DONE** and **ORDERED** this 5th day of August, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE